*citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections, and the time in which to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 5, 2025, (Doc. 12), are **ADOPTED**.
2. This action is **DISMISSED** with prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 5, 2026**

UNITED STATES DISTRICT JUDGE

2